# EXHIBIT A

 ❯ Docket

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2020-015758 | Judge: | Smith, James |
| File Date: | 12/4/2020 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Pete Fuentes | Plaintiff | Male | Pro Per |
| Planet Fitness | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/30/2021 | SUM - Summons | 5/3/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 4/30/2021 | AFS - Affidavit Of Service | 5/5/2021 | |
| **NOTE:** PLANET FITNESS | | | |
| 4/29/2021 | CSH - Coversheet | 4/30/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 4/29/2021 | CCN - Cert Arbitration - Not Subject | 4/30/2021 | Plaintiff(1) |
| **NOTE:** AMENDED | | | |
| 4/29/2021 | MOT - Motion | 4/30/2021 | Plaintiff(1) |
| **NOTE:** FOR LEAVE TO AMEND COMPLAINT | | | |
| 3/24/2021 | 376 – Case Continued on Dismissal Calendar | 3/24/2021 | |
| 2/23/2021 | MOT - Motion | 2/24/2021 | Plaintiff(1) |
| **NOTE:** FOR LEAVE TO EXTEND DISMISSAL TIME | | | |
| 2/23/2021 | MOT - Motion | 2/24/2021 | Plaintiff(1) |
| **NOTE:** FOR LEAVE TO AMEND COMPLAINT | | | |
| 2/10/2021 | 322 - ME: Notice Of Intent To Dismiss | 2/10/2021 | |
| 12/4/2020 | COM - Complaint | 12/8/2020 | Plaintiff(1) |
| 12/4/2020 | CCN - Cert Arbitration - Not Subject | 12/8/2020 | Plaintiff(1) |
| 12/4/2020 | CSH - Coversheet | 12/8/2020 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

**In the Superior Court of the State of Arizona**

**In and For the County of** _____

Case Number _____ CV2020-015758

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed?  ☐ Yes   ☐ No

If yes, what language(s): _____

_____

2020 DEC 14 PM 3: 13
CLERK OF THE SUPERIOR COURT
FILED
E. LAGODINY, DEP

Plaintiff's Name(s): (List all)    Plaintiff's Address:        Phone #:        Email Address:

Pete Fuentes  18 N. 126th Ave - Avondale  760576-3419  9857797@gmail

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Planet Fitness Corp.
4 Liberty Ln W, Hampton, NH 03842

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:
**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____       ☐ Tier 1    ☐ Tier 2    ☐ Tier 3

## NATURE OF ACTION
Place an **"X"** next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*

☐ 116 Other (Specify) _____*

(A.R.S. §§1-501, 1-502, 11-1051)

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*        ☐ 123 Hospital*

☐ 122 Physician D.O*        ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (e.g, Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

   ☐ 136 Six to Nineteen Structures*

   ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property *

☐ 145 Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax
   Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☐ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa
   County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☒ 163 Other* _Civil Rights - Public Accom._
   (Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge

☐ Employer Sanction    ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED       CV10f 120120

CLERK OF THE
SUPERIOR COURT
FILED
E. LABORN. DEP

2020 DEC -4  PM 3: 13

1  Pete Fuentes
2  18 N. 126th Ave.
   Avondale, AZ 85323
3  (760)-576-5419
4  In Propria Persona

5

6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                         COUNTY OF MARICOPA

9  Pete Fuentes,                        )  NO.    CV2020-015758
10         Plaintiff,                    )
11      vs.                              )
                                         )  CERTIFICATE OF COMPULSORY
12                                       )  ARBITRATION
   Planet Fitness,                       )
13         Defendant.                    )
14  _____     )

15        Plaintiff alleges as follows:

16  Pursuant to Rule 1(e). Uniform Rules of Procedure of Arbitration, the undersigned

17  certifies that the largest award sought by the complaint, including punitive damages, but

18  Excluding interest, attorney's fees and costs incurred, does not exceed the limits set by

19  Local Rules for compulsory arbitration.

20        This case is not subject to the Uniform Rules of Procedure for Arbitration.

21

22

23        RESPECTFULLY SUBMITTED this 4th December, 2020

24

25

26                                      _____

27                                      Pete Fuentes
                                        Plaintiff
28

29

30

31

32

33

JEFF FINE
Clerk of the Superior Court
By Evelyn Laborin, Deputy
Date 12/04/2020 Time 15:12:39
Description                        Amount
-------- CASE# CV2020-015758 --------
CIVIL NEW COMPLAINT                333.00
-------------------------------------
TOTAL AMOUNT                       333.00
          Receipt# 28045254

Pete Fuentes
18 N. 126th Ave.
Avondale, AZ 85323
(760)-576-5419
In Propria Persona

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## COUNTY OF MARICOPA

Pete Fuentes,
     Plaintiff,
    vs.

Planet Fitness,
     Defendant.

NO.    CV2020-015758

COMPLAINT

(Violation of the Arizona Civil Rights Act, ARS 41-1471

(Jury Trial Demanded)

Plaintiff alleges as follows:

### I.  PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Pete Fuentes ("Plaintiff"), at all times relevant herein was a resident of Maricopa County, Arizona.

2. Plaintiff alleges upon information and belief that at all times mentioned herein that Defendant Planet Fitness is a business incorporated in New Hampshire and doing business in Maricopa County, Arizona.

3. The events upon which this Complaint is based occurred within the City of Avondale, Maricopa County, Arizona.

4. Any individual Defendant named herein acted at all times material hereto, both individually and for and on behalf of the marital community consisting of such individual Defendant and his or her spouse.

### II. FACTS

5. On July 31, 2019, Plaintiff went to Planet Fitness to workout.

6. Plaintiff was denied entry into the gym by staff member Malaysia (LNU) said that she did not know why she could not allow me in and she could not give me a reason.

7. Plaintiff waited minutes, and another staff member Jessica (LNU) became rude and hostile stating that, "I need to leave now."

8. Plaintiff spoke with gym manager Veronica (LNU), after the incident. The manager said that, some employees felt uncomfortable and no other reason or explanation was given.

9. Plaintiff relayed to the gym manager that his personal gym account information was compromised. The store manager's response was, "I don't know."

10. Prior to the incident above, Plaintiff experienced comments included, "Go back to Mexico." and "He should go pick cotton." From a member who was leaving the gym.

11. Plaintiff also experienced sexual harassment in the form of unwelcomed sexual talk and was shown a photo of another male in his underwear.

12. Plaintiff believes and therefore alleges that Defendant Planet Fitness' management subjected him to discrimination because of his national origin of Mexican and sex, Male.

13. Defendant failed to devise and implement and effective anti-discrimination and anti-harassment enforcement and education policy in order to protect Plaintiff and customers from misconduct in the nature of that described above.

## COUNT ONE (Violation of Arizona Civil Rights Act. ARS 41-1471)

14. Plaintiff incorporates as if realleged paragraphs 1-13.

15. By its acts and omissions, Defendant, Planet Fitness, violated Plaintiff's rights as protected by the Arizona Civil Rights Act, ARS 41-1471.

16. Based on the conduct of Defendant as described above, Plaintiff timely filed charges of discrimination against Defendant with the Arizona Attorney General's Office. Plaintiff received his right to sue letters from the Office and timely commenced this action within ninety days of his receipt of that letter.

## III. DAMAGES

17. Plaintiff has suffered general and special, incidental and consequential damages as the direct and proximate result of the acts and omissions of the Defendant, which damages shall be fully proven at the time of trial. These damages include, but are not limited to: damages for general pain and suffering; damages for loss of enjoyment of life, both past and future; medical and medical related expenses, both past and future; travel and travel-related expenses, past and future; emotional distress, and future emotional distress; pharmaceutical expenses, past and future; related wage and lost earning capacity damages, and all other ordinary, incidental and consequential damages as would be anticipated to arise under the circumstances.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for the following relief:

(1) That the Court award plaintiff judgment against Defendant, in such sums as shall be determined to fully and fairly compensate the Plaintiff for all general, special, incidental and consequential damages incurred, or to be incurred, as the direct and proximate result of the acts and omissions of Defendant, in an amount to be proven at trial;

(2) That the Court award plaintiff costs, disbursements and reasonable attorney's fees incurred;

(3) That the Court award plaintiff the opportunity to amend or modify the provisions of this complaint as necessary or appropriate after additional or further discovery is completed in this matter, and after all appropriate parties have been served; and

(4) That the Court award such other and further relief as it deems necessary and proper in the circumstances.

(5) Plaintiff requests jury trial.


DATED this 4th December 2020


Pete Fuentes
Plaintiff



Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
02/10/2021
by Superior Court Admin
on behalf of Clerk of the
Superior Court

02/06/2021

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2020-015758

**Pete Fuentes**

**V.**

**Planet Fitness**

The Judge assigned to this action is the Honorable James D Smith

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 12/04/2020 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 03/04/2021. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2020-015758

| Party Name | Attorney Name |
| --- | --- |
| Pete Fuentes | Pro Per |

CLERK OF THE
SUPERIOR COURT
FILED
J. ORTIZ, DEP

2021 FEB 23   PM 1:41

Pete Fuentes
18 N. 126th Ave.
Avondale, AZ 85323
(760)-576-5419
In Propria Persona

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA

Pete Fuentes,
     Plaintiff,
    vs.

Planet Fitness,
     Defendant.

NO. CV2020-015758

MOTION FOR LEAVE TO AMEND
COMPLAINT

(Violation of the Arizona Civil Rights Act, ARS 41-1471

(Jury Trial Demanded)

    Plaintiff submits to the Court his proposed amendments to Plaintiff's Complaint [attached as Exhibit. 1]. Plaintiff has underlined all new text insertions. The amendments to the Complaint are as follows:

1. Additional text is added to paragraph 19 (new text is underlined in Amended Complaint); and

2. Addition of new paragraph No. 6 (text is underlined in Amended Complaint).

    Plaintiff hereby respectfully requests that the Court grant an order of Plaintiff's Amended Complaint.

    DATED this 23 February 2021.

Pete Fuentes
Plaintiff

Pete Fuentes
18 N. 126th Ave.
Avondale, AZ 85323
(760)-576-5419
In Propria Persona

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA

| | |
|---|---|
| Pete Fuentes,<br>        Plaintiff,<br>vs.<br><br>Planet Fitness,<br>        Defendant. | NO. CV2020-015758<br><br>[AMENDED COMPLAINT]<br>(Violation of the Arizona Civil Rights Act, ARS 41-1471)<br>(Jury Trial Demanded) |

Plaintiff alleges as follows:

## I.   PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Pete Fuentes ("Plaintiff"), at all times relevant herein was a resident of Maricopa County, Arizona.

2. Plaintiff alleges upon information and belief that at all times mentioned herein that Defendant Planet Fitness is a business incorporated in New Hampshire and doing business in Maricopa County, Arizona.

3. The events upon which this Complaint is based occurred within the City of Avondale, Maricopa County, Arizona.

4. Any individual Defendant named herein acted at all times material hereto, both individually and for and on behalf of the marital community consisting of such individual Defendant and his or her spouse.

## II. FACTS

5. On July 31, 2019, Plaintiff went to Planet Fitness to workout.

6. Plaintiff was denied entry into the gym by staff member Malaysia (LNU) said that she did not know why she could not allow me in and she could not give me a reason.

7. Plaintiff waited minutes, and another staff member Jessica (LNU) became rude and hostile stating that, "I need to leave now."

8. Plaintiff spoke with gym manager Veronica (LNU), after the incident. The manager said that, some employees felt uncomfortable and no other reason or explanation was given.

9. Plaintiff relayed to the gym manager that his personal gym account information was compromised. The store manager's response was, "I don't know."

10. Prior to the incident above, Plaintiff experienced comments included, "Go back to Mexico." and "He should go pick cotton."

11. Plaintiff also experienced sexual harassment in the form of unwelcomed sexual talk and was shown a photo of another male in his underwear.

12. Plaintiff believes and therefore alleges that Defendant Planet Fitness' management subjected him to discrimination because of his national origin of Mexican and sex, Male.

13. Defendant failed to devise and implement and effective anti-discrimination and anti-harassment enforcement and education policy in order to protect Plaintiff and customers from misconduct in the nature of that described above.

### **COUNT ONE (Violation of Arizona Civil Rights Act. ARS 41-1471)**

14. Plaintiff incorporates as if realleged paragraphs 1-13.

15. By its acts and omissions, Defendant, Planet Fitness, violated Plaintiff's rights as protected by the Arizona Civil Rights Act, ARS 41-1471.

16. Based on the conduct of Defendant as described above, Plaintiff timely filed charges of discrimination against Defendant with the Arizona Attorney General's Office. Plaintiff received his right to sue letters from the Office and timely commenced this action within ninety days of his receipt of that letter.

### COUNT TWO (Violation of 42 U.S.C. 1981

17. Plaintiff incorporates as if realleged Paragraphs 1-13.
18. By its acts and omissions, Defendant, Planet Fitness violated Plaintiff's rights as protected by the U.S. Civil Rights Act of 1871, 42 U.S.C. 1981

### III. DAMAGES

19. Plaintiff has suffered general and special, incidental and consequential damages as the direct and proximate result of the acts and omissions of the Defendants, which damages shall be fully proven at the time of trial. These damages include, but are not limited to: damages for general pain and suffering; damages for loss of enjoyment of life, both past and future; medical and medical related expenses, both past and future; travel and travel-related expenses, past and future; emotional distress, and future emotional distress; pharmaceutical expenses, past and future; related wage and lost earning capacity damages, and all other ordinary, incidental and consequential damages as would be anticipated to arise under the circumstances and requests that a jury determine at trial an award for punitive damages.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for the following relief:

(1) That the Court award plaintiff judgment against Defendants, in such sums as shall be determined to fully and fairly compensate the Plaintiff for all general, special, incidental and consequential damages incurred, or to be incurred, as the direct and proximate result of the acts and omissions of Defendant, in an amount to be proven at trial;

(2) That the Court award plaintiff costs, disbursements and reasonable attorney's fees incurred;

(3) That the Court award plaintiff the opportunity to amend or modify the provisions of this complaint as necessary or appropriate after additional or further discovery is completed in this matter, and after all appropriate parties have been served; and

(4) That the Court award such other and further relief as it deems necessary and proper in the circumstances.

(5) Plaintiff requests jury trial.

(6) <u>That the Court award plaintiff punitive damages against Defendant for its reckless conduct described above, in amounts to be determined at trial.</u>

DATED this 23 February 2021.

Pete Fuentes
Plaintiff

CLERK OF THE
SUPERIOR COURT
FILED
J. ORTIZ, DEP

2021 FEB 23  PM 1:40

1
2   Pete Fuentes
    18 N. 126th Ave.
3   Avondale, AZ 85323
    (760)-576-5419
4   In Propria Persona

5

6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                          COUNTY OF MARICOPA

9
    Pete Fuentes,                          }   NO. CV2020-015758
10          Plaintiff,                      }
11          vs.                             }   MOTION FOR LEAVE TO EXTEND
                                            }   DISMISSAL TIME
12                                          }
    Planet Fitness,                         }   (Violation of the Arizona Civil Rights Act, ARS 41-1471
13          Defendant.                      }
14                                          }   (Jury Trial Demanded)

15

16      Plaintiff submits to the Court to enter an order to extend dismissal time in which the

17   current deadline is March 4, 2021, and, in support of this motion declares the following:

18   On February 22nd, The Attorney General of Arizona is reconsidering my charge of the

19
    above-mentioned case but has stated it needs 6-8 weeks to review my charge. For that
20
    reason, it will not serve Plaintiff or the Attorney General, nor would it be effective until
21
    the Attorney General completes its evaluation.
22

23

24      Plaintiff respectfully asks the Court to grant an order extending the time of dismissal

25   until the Attorney General completes its evaluation or as the Court deems appropriate.

26

27

28
        DATED this 23 February 2021.
29

30

31

32

33

                                            _____
                                            Pete Fuentes
                                            Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
03/24/2021 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-015758                                        03/23/2021


                                              CLERK OF THE COURT
HONORABLE JAMES D. SMITH                              K. Treftz
                                                     Deputy



PETE FUENTES                                  PETE FUENTES
                                              18 N 126TH AVE
                                              AVONDALE AZ  85323

v.

PLANET FITNESS                                PLANET FITNESS
                                              4 LIBERTY LN W
                                              HAMPTON NH  03842



                                              COURT ADMIN-CIVIL-ARB DESK
                                              JUDGE J. SMITH



                                MINUTE ENTRY


        The Court received Plaintiff's Motion for Leave to Amend Complaint (filed
02/23/2021).  No Defendant has appeared, so Plaintiff does not need Court approval to amend his
Complaint.  Ariz. R. Civ. P. 15(a)(1).

        **IT IS ORDERED** denying Plaintiff's Motion for Leave to Amend Complaint as moot.

        The Court also received Plaintiff's Motion for Leave to Extend Dismissal Time (filed
02/23/2021).  Plaintiff vaguely referred to possible action by the Arizona Attorney General.  The
Court cannot wait indefinitely for action that may or may not occur.

        **IT IS FURTHER ORDERED** continuing this matter on the dismissal calendar through
**April 30, 2021**.  Plaintiff must diligently prosecute this matter in the interim, including by serving
his amended pleading and associated papers on Defendant.

CLERK OF THE
SUPERIOR COURT
FILED

**V. McIvor** ,DEP

2021 APR 29  PM 4: 31

1  Pete Fuentes
2  18 N. 126th Ave.
   Avondale, AZ 85323
3  (760)-576-5419
4  In Propria Persona

5

6

7           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                      COUNTY OF MARICOPA

9  Pete Fuentes,                      )   NO. CV2020-015758
10         Plaintiff,                  )
11     vs.                            )   MOTION FOR LEAVE TO AMEND
12                                    )   COMPLAINT
   Planet Fitness, "United PF TOM, LLC", )
13         Defendant.                  )
14                                    )

15

16      Plaintiff submits to the Court his proposed amendments to Plaintiff's Complaint

17  [attached as Exhibit. 1]. Plaintiff has underlined all new text insertions and stricken any

18  deleted text. The amendments to the Complaint are as follows:

19
    1. Additional text is added to paragraph 2 (new text is underlined in Amended
20
       Complaint);
21
    2. Additional text is added to paragraph 19 (new text is underlined in Amended
22
23     Complaint);

24  3. Addition of new paragraph No. 6 (text is underlined in Amended Complaint);
25
    4. Change of Planet Fitness location which was mistakenly inputted in error
26
27     (paragraph 2) (deleted text stricken in Amended Complaint); and

28  5. Additional text is added to the Complaint "United PF TOM, LLC" (new text is
29
       underlined in Amended Complaint).
30

31      Plaintiff hereby respectfully requests that the Court grant Plaintiff's Amended

32  Complaint.

33
        DATED this 29 April 2021.

                                  By /s/ Pete Fuentes
                                      Pete Fuentes
                                      Plaintiff

1
2
3
4

Pete Fuentes
18 N. 126th Ave.
Avondale, AZ 85323
(760)-576-5419
In Propria Persona

5
6
7
8

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA

9
10
11
12
13
14
15
16

Pete Fuentes,
     Plaintiff,
  vs.

Planet Fitness "<u>United PF TOM, LLC</u>",
    Defendant.

NO. CV2020-015758
[AMENDED COMPLAINT]
(Violation of the Arizona Civil Rights Act, ARS 41-1471)
(Violation of the U.S. Civil Rights Act of 1871, 42 U.S.C.
1981)
(Jury Trial Demanded)

Plaintiff alleges as follows:

17
18

## I.  PARTIES, JURISDICTION AND VENUE

19
20

1. Plaintiff, Pete Fuentes ("Plaintiff"), at all times relevant herein was a resident of
Maricopa County, Arizona.

21
22
23
24
25
26

2. Plaintiff alleges upon information and belief that at all times mentioned herein
that Defendant Planet Fitness ~~is a business incorporated in New Hampshire.~~
<u>"United PF TOM, LLC" is a Delaware company with its principal place of
business located in Austin, Texas</u> and doing business in Maricopa County,
Arizona.

27
28
29

3. The events upon which this Complaint is based occurred within the City of
Avondale, Maricopa County, Arizona.

30
31
32
33

4. Any individual Defendant named herein acted at all times material hereto, both
individually and for and on behalf of the marital community consisting of such
individual Defendant and his or her spouse.

## II. FACTS

5. On July 31, 2019, Plaintiff went to Planet Fitness to workout.

6. Plaintiff was denied entry into the gym by staff member Malaysia (LNU) said that she did not know why she could not allow me in and she could not give me a reason.

7. Plaintiff waited minutes, and another staff member Jessica (LNU) became rude and hostile stating that, "I need to leave now."

8. Plaintiff spoke with gym manager Veronica (LNU), after the incident. The manager said that, some employees felt uncomfortable and no other reason or explanation was given.

9. Plaintiff relayed to the gym manager that his personal gym account information was compromised. The store manager's response was, "I don't know."

10. Prior to the incident above, Plaintiff experienced comments included, "Go back to Mexico." and "He should go pick cotton." From a member who was leaving the gym.

11. Plaintiff also experienced sexual harassment in the form of unwelcomed sexual talk and was shown a photo of another male in his underwear.

12. Plaintiff believes and therefore alleges that Defendant Planet Fitness' management subjected him to discrimination because of his national origin of Mexican and sex, Male.

13. Defendant failed to devise and implement and effective anti-discrimination and anti-harassment enforcement and education policy in order to protect Plaintiff and customers from misconduct in the nature of that described above.

### **COUNT ONE (Violation of Arizona Civil Rights Act. ARS 41-1471)**

14. Plaintiff incorporates as if realleged paragraphs 1-13.

15. By its acts and omissions, Defendant, Planet Fitness, violated Plaintiff's rights as protected by the Arizona Civil Rights Act, ARS 41-1471.

16. Based on the conduct of Defendant as described above, Plaintiff timely filed charges of discrimination against Defendant with the Arizona Attorney General's Office. Plaintiff received his right to sue letter from the Office and timely commenced this action within thirty days of his receipt of that letter.

### COUNT TWO (Violation of 42 U.S.C. 1981

17. Plaintiff incorporates as if realleged Paragraphs 1-13.
18. By its acts and omissions, Defendant, Planet Fitness violated Plaintiff's rights as protected by the U.S. Civil Rights Act of 1871, 42 U.S.C. 1981

### III. DAMAGES

19. Plaintiff has suffered general and special, incidental and consequential damages as the direct and proximate result of the acts and omissions of the Defendants, which damages shall be fully proven at the time of trial. These damages include, but are not limited to: damages for general pain and suffering; damages for loss of enjoyment of life, both past and future; medical and medical related expenses, both past and future; travel and travel-related expenses, past and future; emotional distress, and future emotional distress; pharmaceutical expenses, past and future; related wage and lost earning capacity damages, and all other ordinary, incidental and consequential damages as would be anticipated to arise under the circumstances and requests that a jury determine at trial an award for punitive damages.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for the following relief:

(1) That the Court award plaintiff judgment against Defendants, in such sums as shall be determined to fully and fairly compensate the Plaintiff for all general, special, incidental and consequential damages incurred, or to be incurred, as the direct and proximate result of the acts and omissions of Defendant, in an amount to be proven at trial;

(2) That the Court award plaintiff costs, disbursements and reasonable attorney's fees incurred;

(3) That the Court award plaintiff the opportunity to amend or modify the provisions of this complaint as necessary or appropriate after additional or further discovery is completed in this matter, and after all appropriate parties have been served; and

(4) That the Court award such other and further relief as it deems necessary and proper in the circumstances.

(5) Plaintiff requests jury trial.

(6) That the Court award plaintiff punitive damages against Defendant for its reckless conduct described above, in amounts to be determined at trial.

DATED this 29 April 2021.

By /s/ Pete Fuentes
Pete Fuentes
Plaintiff

CLERK OF THE
SUPERIOR COURT
FILED

V. McIvor ,DEP

2021 APR 29 PM 4:30

1  Pete Fuentes
2  18 N. 126ᵗʰ Ave.
   Avondale, AZ 85323
3  (760)-576-5419
4  In Propria Persona

5

6

7        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                    COUNTY OF MARICOPA

9
   Pete Fuentes,                    )  NO. CV2020-015758
10         Plaintiff,               )
11         vs.                      )  CERTIFICATE OF COMPULSORY
12                                  )  ARBITRATION
   Planet Fitness, "United PF TOM, LLC", )
13         Defendant.               )  Amended
14                                  )

15 ―――――――――――――――――――――――――――――――――――
        Plaintiff alleges as follows:
16
   Pursuant to Rule 1(e). Uniform Rules of Procedure of Arbitration, the undersigned
17
   certifies that the largest award sought by the complaint, including punitive damages, but
18
   Excluding interest, attorney's fees and costs incurred, does not exceed the limits set by
19
   Local Rules for compulsory arbitration.
20
        This case is not subject to the Uniform Rules of Procedure for Arbitration.
21

22

23      RESPECTFULLY SUBMITTED this 29ᵗʰ April, 2021
24

25

26                          By /s/ Pete Fuentes
27                             Pete Fuentes
                               Plaintiff
28

29

30

31

32

33

**AFFIDAVIT OF SERVICE**

CLERK OF THE
SUPERIOR COURT
FILED
S. SHARP, DEP

2021 APR 30  PM 3: 25

| Case:<br>CV2020-015758 | Court:<br>In the Superior Court of the State of Arizona | County:<br>Maricopa, AZ |
| --- | --- | --- |
| Plaintiff / Petitioner:<br>Pete Fuentes | | Defendant / Respondent:<br>Planet Fitness, "United PF TOM, LLC" |
| Received by:<br>Griffin & Kerr Civil Processing | | For:<br>Pete Fuentes |
| To be served upon:<br>Planet Fitness "United PF TOM, LLC" | | |

I, Lonzo Kerr Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Planet Fitness "United PF TOM, LLC", 4635 Boston Lane Ste 200, Austin, TX 78735-8973

Manner of Service:   Authorized, Apr 30, 2021, 3:35 pm CDT

Documents:   SUMMONS, CERTIFICATE OF COMPULSORY ARBITRATION, AND AMENDED COMPLAINT (Received Apr 29, 2021 at 11:50pm CDT)

Additional Comments:
1) Successful Attempt: Apr 30, 2021, 3:35 pm CDT at 4635 Boston Lane Ste 200, Austin, TX 78735-8973 received by Planet Fitness "United PF TOM, LLC".
Accepted by Graham Staniforth - Director of IT for Planet Fitness (United FF TOM, LLC)

_Lonzo Kerr. Jr._                4-30-21
Lonzo Kerr Jr.                         Date
PSC-6425

Griffin & Kerr Civil Processing
507 W. 10th St.
Austin, TX 78701

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

4-30-21                          Aug. 28, 2021
Date                    Commission Expires

NICHOLAS KERR
Notary ID #126877343
My Commission Expires
August 28, 2021

ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
S. SHARP, DEP

2021 APR 30 PM 3: 25

For Clerk's Use Only

Person Filing: _Pete Fuentes_

Address (if not protected): _18 N. 116th Ave_

City, State, Zip Code: _Avondale AZ 85323_

Telephone: _760-576-5419_

Email Address: _____

Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Pete Fuentes_
Name of Plaintiff

Case No.: _CV2020-015758_

And

_Planet Fitness "United PF 3OM LLC"_
Name of Defendant

## SUMMONS
_Amended_

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _Planet Fitness "United PF 3OM LLC"_
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** *OR*

   • **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** *OR*

   • **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** *OR*

   • **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date   APR 2 9 2021          JEFF FINE, CLERK
                                                    **CLERK OF SUPERIOR COURT**

        JEFF FINE, CLERK

By: _____
                    Deputy Clerk      V. McIvor

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2                                          CV11f  031820